IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GLEN AND TONYA HILL, | § | CASE NO. 17-41855 |
| | § | (CHAPTER 7) |
| DEBTORS | § | |

**APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT**

**14-DAY NEGATIVE NOTICE – LBR 2004(a):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE BRENDA T. RHOADES, U. S. BANKRUPTCY JUDGE:**

The Application for Authority to Employ Accountants ("Application") of Christopher Moser, Trustee in the above-entitled and numbered Chapter 7 case (hereinafter "Applicant"), respectfully represents:

1. On July 15, 2019, the Debtors filed with this Court a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Thereafter, the Applicant was appointed Chapter 7 Trustee ("Trustee") in this case and continues to function in such capacity.

3. Applicant desires to employ Sheldon E. Levy, CPA, to perform accounting and tax services for the Trustee.

4. The Trustee has selected the accounting firm of Sheldon E. Levy, CPA, for the reason that it has considerable experience in matters of this character, and the Trustee believes that Sheldon E. Levy, CPA is well qualified to perform the requested services for the Trustee. Sheldon E. Levy, CPA maintains an office at 6320 Southwest Blvd., Suite 204, Fort Worth, Texas 76109, telephone number (817) 731-6167 and email sheldoncpa@sbcglobal.net.

5. The services that said professionals are to render to Applicant shall be limited to the preparation of any tax returns due from this estate.

6. To the best of Applicant's knowledge, Sheldon E. Levy, CPA represents no interests adverse to this estate, any other entity in connection with this case, and are "disinterested persons" within the meaning of 11 U. S. C. Section 101 (14) and has no relationship or connection with creditors of the Debtor's estate or other parties in interest which would raise a possible disqualification or conflict of interest herein in matters upon which it is to be employed as accountants for the Trustee as evidenced by the Affidavit of Proposed Accountant attached hereto as Exhibit "A."

7. Applicant proposes to pay Sheldon E. Levy, CPA reasonable fees and expenses upon submission and Court approval of fee applications supported by statements to the Court, the United States Trustee, and any parties-in-interest in this case, setting forth in reasonable detail the description of services rendered, the time spent and by whom, and detail of expenses incurred. Such fee applications may be submitted with such frequency as may be allowed pursuant to the Bankruptcy Code.

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays that after such notice and hearing as may be appropriate under the circumstances, this Court authorizes the Trustee to employ Sheldon E. Levy, CPA as its accountant in this case upon the terms as set forth herein, and for such other and further relief as may be.

    Respectfully submitted,

    */s/ Christopher J. Moser*
    Christopher Moser
    State Bar No. 14572500
    QUILLING SELANDER LOWNDS
    WINSLETT & MOSER, P.C.
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    (214) 871-2100 – Telephone
    (214) 871-2111 – Facsimile
    Email:  cmoser@qslwm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic transmission via the CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case, or regular U.S. mail, postage prepaid, on this 13th day of May 2020 upon those parties listed below:

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

Glen and Tonya Hill
109 Ellis Circle
Greenville, TX 7540

Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054

    */s/ Christopher J. Moser*
    Christopher J. Moser