

07/07/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GLEN AND TONYA HILL, | § | CASE NO. 17-41855 |
| | § | (Chapter 7) |
| DEBTORS | § | |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 12 OF NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

ON THIS DATE the Court considered the Chapter 7 Trustee's (the "*Trustee*") Objection to Proof of Claim No. 12 filed by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing (the "*Claimant*") on or about January 24, 2018 in the amount of $27,334.85. The Trustee filed such objection on May 4, 2020. The Court finds that the objection to claim contains proof sufficient to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that the objection contained the appropriate 30-day negative notice language, pursuant to LBR 3007, which directed the Claimant to file a written response within 30 days or the objection to claim would be deemed by the Court to be unopposed. Due to the failure of the Claimant to file a timely written response to the objection, the Court deems the Trustee's claim objection to be unopposed and, therefore, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Trustee's Objection is **SUSTAINED** and that Proof of Claim No. 12 filed by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing is hereby disallowed in its entirety.

Signed on 7/7/2020

*Brenda T. Rhoades*     SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE